IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOVXILLE

| | |
|---|---|
| JON HOWARD ROWLAND, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 313-CV-702 |
| | ) REEVES/GUYTON |
| THE STRAYER UNIVERSITY CORPORATION, | ) |
| Defendant. | ) |

## MOTION FOR PROTECTIVE ORDER

Defendant The Strayer University Corporation, by its respective attorneys, files this Motion for Protective Order, pursuant to Rule 26 of the Federal Rules of Civil Procedure. In support of this Motion, Defendant states as follows:

1. Defendant seeks the entry of a protective order for purposes of governing disclosures and discovery in this case.

2. Plaintiff and Defendant have agreed on the form of a protective order, attached hereto as Exhibit A.

3. Defendant's counsel and Plaintiff's counsel have consulted, and Plaintiff's counsel agrees with the entry of the protective order.

WHEREFORE, Defendant requests the entry of the proposed protective order accompanying this Motion for purposes of governing the disclosure of information and discovery in this case.

Respectfully submitted,

/s/ *Rodrick D. Holmes*
Joycelyn Stevenson (#21710)
Tamika R. Nordstrom (pro hac vice)
tnordstrom@littler.com
Rodrick D. Holmes (#24501)
rholmes@littler.com
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive
Suite 3000
Memphis, TN 38125

Attorneys for Defendant
The Strayer University Corporation

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been filed via the electronic filing system on August 14, 2014. Notice of filing will be performed by the Court's electronic filing system.

Plaintiff's counsel may access the document through the electronic filing system.

David A. Burkhalter, II
Burkhalter, Rayson & Associates, P.C.
P.O. Box 2777
Knoxville, TN 37901
Telephone: (865) 524-4974

                                                      */s/ Rodrick D. Holmes*
                                                      Rodrick D. Holmes